**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANTHONY FUTIA, JR., and
ROBERT L. SCHULZ,

                          Plaintiffs,

        -against-                                    20 **CIVIL** 1237 (VB)

                                                         **JUDGMENT**

WESTCHESTER COUNTY BOARD OF
 LEGISLATORS; BEN BOYKIN, Chairman;
HARRISON TOWN BOARD; and RON
BELMONT, Supervisor,

                          Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 6, 2020, the motions to dismiss are granted; accordingly, this case is closed.

**Dated:**  New York, New York
            August 7, 2020

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                             **Clerk of Court**
                                       **BY:**
                                                             _____
                                                             **Deputy Clerk**